**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 99-2058**

─────────────

CHATURBHUJ N. GIDWANI,

                              Plaintiff - Appellant,

        versus

TOGO D. WEST,

                              Defendant - Appellee.

─────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Leonie M. Brinkema, District Judge.  (CA-99-562-A)

─────────────

Submitted:  November 18, 1999        Decided:  November 23, 1999

─────────────

Before WILKINS, HAMILTON, and LUTTIG, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Chaturbhuj N. Gidwani, Appellant Pro Se.  Joel Eric Wilson, Special Assistant United States Attorney, Alexandria, Virginia, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Chaturbhuj N. Gidwani appeals the district court's order granting summary judgment in favor of the Defendant and dismissing this employment discrimination action. See 29 U.S.C.A. §§ 621-634 (West 1985 & Supp. 1999); 42 U.S.C. § 2000e-2 (1994). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Gidwani v. West, No. CA-99-562-A (E.D. Va. June 4, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2